No. 04–3184.

United States Court of Appeals, Federal Circuit.

**Mark A. CLIFFORD, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 04–5098.

United States Court of Appeals, Federal Circuit.

Sept. 14, 2004.

Mark A. Clifford, Charleston, WV, for Plaintiff–Appellant.

Michael N. Cohen, Washington, DC, for Defendant–Appellee.

ORDER

Appellant having paid the initial filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the notice of appeal is RE-INSTATED.